**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JS-6

```
FILED
CLERK, U.S. DISTRICT COURT
MAR 9, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY:     BH      DEPUTY
```

| | |
|---|---|
| JEREMY DICKSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOR TECHNOLOGY, LLC, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant | Case No.<br><br>2:17-cv-06884-VAP-MRW<br><br>**(PROPOSED)** ORDER |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated March 9, 2018

_____
Hon. Virginia A. Phillips

Order to Dismiss - 1